# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CATHERINE HARLEAUX** | **CIVIL ACTION** |
| **VERSUS** | **NO: 08-4798-MLCF-SS** |
| **MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION** | |

## REPORT AND RECOMMENDATION

The plaintiff, Catherine Harleaux ("Harleaux"), filed a complaint for judicial review, pursuant to Section 405(g) of the Social Security Act (the "Act"), of the final decision of the Commissioner of the Social Security Administration (the "Commissioner") denying her claim for disability insurance benefits and a period of disability under Title II of the Social Security Act ("Act"), 42 U.S.C. § 423, and her claim for supplemental security income ("SSI") under Title XVI of the Act, 42 U.S.C. § 1382(a)(3). On March 31, 2009, Harleaux filed a motion to dismiss with prejudice. She reports that since the Administrative Law Judge's unfavorable decision was issued, she filed a new application for benefits which was granted. She reports that she is currently receiving benefits and "does not wish to disturb the subsequent finding of disability based on her March 13, 2008 application." Rec. doc. 9 at 2.

## RECOMMENDATION

Accordingly, IT IS RECOMMENDED that Harleaux's motion to dismiss with prejudice (Rec. doc. 9) be GRANTED.

## <u>OBJECTIONS</u>

A party's failure to file written objections to the proposed findings, conclusions and recommendations in a magistrate judge's report and recommendation within ten (10) days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. <u>Douglass v. United Servs. Auto. Ass'n</u>, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

New Orleans, Louisiana, this 18th day of March, 2009.

**SALLY SHUSHAN**
**United States Magistrate Judge**