FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2009 APR 21 PM 4: 34

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

**CATHERINE HARLEAUX**            CIVIL ACTION

**VERSUS**                        NO: 08-4798-MLCF-SS

**MICHAEL J. ASTRUE, COMMISSIONER OF
SOCIAL SECURITY ADMINISTRATION**

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date no party has filed an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that the motion of the plaintiff, Catherine Harleaux, to dismiss her complaint with prejudice (Rec. doc. 9) is GRANTED.

New Orleans, Louisiana, this 20th day of APRIL, 2009.

UNITED STATES DISTRICT JUDGE